# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>            Plaintiff,<br><br>v.<br><br>NURSE HUNT, *et al.*,<br><br>            Defendants. | Case No. 3:23-cv-00024-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Lorin M. Taylor, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Christopher Jones, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

1 | The Parties have resolved this matter in its entirety and agree that the Court may
2 | accordingly close the case, with prejudice. Any outstanding deadlines are considered
3 | moot.

4 | DATED this 18th day of July, 2023.         DATED this 11th day of September, 2023 ~~18th day of July, 2023.~~

AARON D. FORD
Attorney General

_[signature]_
Christopher Jones, #1224194
Plaintiff, *Pro Se*

By: _[signature]_
Lorin M. Taylor, (Bar No. 14958)
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED September 12, 2023.

_[signature]_
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE